United States District Court
Southern District of Texas
**ENTERED**
May 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SANDRA YANETH MANRIQUE-MANCILLA, | § § § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01283 |
| RANDY TATE, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER

On February 18, 2026, this action was referred to United States Magistrate Judge Yvonne Ho for all pretrial proceedings, including the issuance of a Memorandum and Recommendation. Doc. #4. At this time, the Court WITHDRAWS its referral of this case to Magistrate Judge Ho. Doc. #4. This case is before the undersigned.

It is so ORDERED.

_____MAY 1 5 2026_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge